**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LYNDA WATKINS et al.,
        Plaintiffs,
v.                                            CV No. 20-59 GBW/CG

ALLSTATE FIRE AND CASUALTY
INSURANCE CO.,
        Defendant,
_____

ALLSTATE FIRE AND CASUALTY
INSURANCE CO.,
        Counter-Claimant,

v.

LYNDA WATKINS et al.,
        Counter-Defendants.

### ORDER VACATING TELEPHONIC RULE 16 CONFERENCE AND INITIAL SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Joint Motion to Dismiss with Prejudice*, (Doc. 7), filed March 24, 2020. In the Joint Motion, the parties explain this matter has settled.

**IT IS THEREFORE ORDERED** that the Telephonic Rule 16 Scheduling Conference, set for April 16, 2020, is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 6), and all accompanying deadlines, are **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE